UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:24-CR-00216-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **JORDAN HUTCHINSON (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

**JUDGMENT ADOPTING REPORT AND RECOMMENDATION
AND SETTING DETENTION HEARING**

This matter was referred to United States Magistrate David J. Ayo for report and recommendation. After an independent review of the record and noting the absence of any objections filed in response to the report and recommendation, this Court concludes that the Magistrate Judge's report and recommendation as to the guilty plea is correct and adopts the findings and conclusions therein as its own. The Court notes that at the guilty plea hearing, Magistrate Judge Ayo permitted Defendant to remain on release pending sentencing. However, pursuant to 18 USC § 3143(a)(2), since Defendant has now been found guilty of an offense under the Controlled Substances Act which prescribes a maximum term of imprisonment of ten years or more, detention is now mandatory unless either (1) the Court finds that there is a substantial likelihood that a motion for acquittal or new trial will be granted; or (2) an attorney for the Government has recommended no sentence of imprisonment be imposed. The only possible exception to this mandatory detention is a finding of exceptional circumstances pursuant to 18 USC § 3145(c). A review of the transcript of the guilty plea hearing reflects that Magistrate Judge Ayo made no such finding. The Court must therefore conduct an additional hearing to determine whether any exceptional circumstances exist to permit Defendant's continued release. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Jordan Hutchinson (01), is ACCEPTED, and he is fully adjudged guilty of the offense charged in Count 1 of the Indictment, consistent with the report and recommendation; and

IT IS FURTHER ORDERED that a detention hearing will be held on **Monday, July 21, 2025** at 1:30 p.m. Defendant shall be present.

THUS DONE in Chambers on this 8th day of July, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE